## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| BOOTHBAY YACHT REFINISHING, INC., | ) ) ) |
| Plaintiff, | ) ) ) Docket no. 2:09-cv-143-GZS |
| v. | ) ) |
| M/V PHOENIX, her engines, tackle, boats, furniture, equipment, appurtenances, masts, etc., *in rem*, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER ON ORDERS TO SHOW CAUSE

Before the Court are the Order to Show Cause regarding service of process on the *in personam* Defendant Marvin Keith (Docket # 32) and the Amended Order to Show Cause regarding service of process on the *in rem* Defendant M/V Maridadi. Plaintiff has filed timely responses to both Motions indicating that a global settlement of this matter is imminent and asking the Court to allow Plaintiff until March 12, 2010 to either complete service or file a notice of dismissal as to each of these Defendants. Based on these representations, the Court hereby VACATES both Orders to Show Cause (Docket #s 32 & 36). Plaintiff is hereby ORDERED to file proof of service or a notice of dismissal as to *in personam* Defendant Marvin Keith and *in rem* Defendant M/V Maridadi by March 12, 2010.

SO ORDERED.

/s/ George Z. Singal
U.S. District Judge

Dated this 12th day of February, 2010.