## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| BOOTHBAY YACHT REFINISHING, INC., | ) ) ) |
| Plaintiff, | ) ) ) Docket no. 2:09-cv-143-GZS |
| v. | ) ) |
| M/V PHOENIX, her engines, tackle, boats, furniture, equipment, appurtenances, masts, etc., *in rem*, et al., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER TO RELEASE VESSEL

Upon reading and considering the request for expedited release (Docket # 45) of the vessel M/V PHOENIX from arrest in accordance with Supplemental Rule E(5), and good cause appearing therefor;

In accordance with the Notice of Voluntary Dismissal (Docket # 46), it is hereby ORDERED that the Clerk enter a judgment of dismissal without prejudice of the Verified Complaint herein and that the U.S. Marshal release the M/V PHOENIX from arrest and its custody forthwith upon satisfaction of any fees owed it. Upon release of the vessel, this matter shall be closed.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 27th day of April, 2010.